UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRINCE E. KENNEDY,

        Petitioner,

v.

DAN PACHOLKE,

        Respondent.

Case No. C08-5308BHS-KLS

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

    This matter is before the Court on respondent's motion for an extension of time until September 15, 2008, to file an answer to petitioner's *habeas corpus* petition. (Dkt. #13) After reviewing the motion and the remaining record, the Court hereby ORDERS as follows.

    The Court finds that due to the reasons set forth in respondent's motion, it is proper to grant the request for an extension of time to file an answer to the petition. Specifically, respondent states that in reviewing petitioner's state court records, it appeared that petitioner had other state court proceedings that could be relevant to the petition. Respondent further states that an extension of time is needed to obtain and review these additional files, and to prepare a proper response. (Dkt. #14).

    In response, petitioner has filed a motion to clarify respondent's motion, in which he asserts that

he has no other state court proceedings that might be relevant to this matter, but that if there are other such proceedings, respondent should be given only until August 28, 2008, by which to file his answer. (Dkt. #15-#16). Whether or not there are other relevant state court records that need to be obtained is not clear at this time. However, to the extent those records do exist and are necessary or helpful to the resolution of this matter, the Court does not see respondent's request as an unreasonable one.

Accordingly, respondent's motion (Dkt. #13) hereby is GRANTED. Respondent shall file his answer to the petition by **no later than September 15, 2008**.

The Clerk shall send copies of this Order to petitioner and counsel for respondent.

DATED this 8th day of August, 2008.

Karen L. Strombom
United States Magistrate Judge