UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRINCE E. KENNEDY,

    Petitioner,

v.

DAN PACHOLKE, *et al*,

    Respondent.

Case No. C08-5308BHS-KLS

ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME

This matter is before the Court on petitioner's motion for an extension of time (Dkt. #21) to file a reply to respondent's answer (Dkt. #19) to his amended petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 (Dkt. #6). Petitioner's petition was noted for consideration on October 10, 2008. Petitioner filed his motion on October 3, 2008, requesting an extension of time until October 24, 2008, to reply to respondent's answer, stating that he is making this request because he has had difficulty obtaining access to his prison's law library due to a change in the library's staff.

The Court finds petitioner's request to be not unreasonable. Accordingly, petitioner's motion to file a reply to respondent's answer (Dkt. #21), hereby is GRANTED. Petitioner shall file his reply to respondent's answer by **no later than October 24, 2008**. As such, the Clerk shall re-note this matter for consideration on **October 31, 2008**.

ORDER
Page - 1

1  The Clerk also shall send a copy of this Order to petitioner and counsel for respondent.

2  DATED this 14th day of October, 2008.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2