1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

PRINCE E. KENNEDY,

11                          Petitioner,

12            v.

13  DAN PACHOLKE,

14                          Respondent.

15

Case No.  C08-5308BHS-KLS

ORDER GRANTING
RESPONDENT'S MOTION FOR
AN EXTENSION OF TIME

16
17
18          This matter comes before the Court on respondent's motion for an extension of time to file a

19  supplemental brief. (Dkt. #26).  On November 21, 2008, the Court ordered respondent to provide further

20  briefing on the merits of the fourth ground petitioner raised in his amended petition for federal *habeas*

21  *corpus* relief filed pursuant to 28 U.S.C. § 2254. (Dkt. #25).  In his motion, respondent requests an

22  extension of time until January 30, 2009, because his counsel currently is heavily involved in other

23  litigation matters, including two cases involving the death penalty, and will remain so involved through

24  January 2009. See (Dkt. #27).

25          The Court finds respondent's request to be not unreasonable.  Accordingly, respondent's motion

26  for an extension of time to file a supplemental brief (Dkt. #26) in response to the Court's order that he do

27  so (Dkt. #25) hereby is GRANTED.  Respondent thus shall file his supplemental brief by **no later than**

28  **January 30, 2009**.  Plaintiff shall file his reply thereto, if any, by **no later than February 10, 2009**.  The

ORDER
Page - 1

1  Clerk shall re-note the amended petition (Dkt. #6) for consideration on **February 13, 2009**.

2      The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

3      DATED this 9th day of December, 2008.

4

5

6                                                     Karen L. Strombom
7                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2