# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRINCE E. KENNEDY | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| DAN PACHOLKE | CASE NUMBER: C08-5308BHS |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court **ADOPTS** the Report and Recommendation (Dkt. 31) and **OVERRULES** Petitioner's objections. Petitioner's writ of habeas corpus is **DENIED**.

| | |
|---|---|
| May 21, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |