# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PRINCE E. KENNEDY,<br><br>    Petitioner,<br><br>  v.<br><br>DAN PACHOLKE,<br><br>    Respondent. | CASE NO. C08-5308BHS<br><br>ORDER DENYING CERTIFICATE OF APPEALABILTY |

This matter comes before the Court on Petitioner's motion for certificate of appealability. Dkts. 36 and 39[1]. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

## I. FACTUAL AND PROCEDURAL BACKGROUND

On May 14, 2009, the Court adopted the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, and denied Petitioner's writ of habeas corpus. Dkt. 33.

Petitioner now moves for a certificate of appealability. Petitioner maintains that reasonable jurists could debate the Court's conclusion that (1) he was not entitled to an

---

[1] Petitioner moved to amend his motion (Dkt. 38). The Court grants Petitioner's motion to amend his motion, and has considered the supplemental briefing (Dkt. 39).

ORDER - 1

evidentiary hearing; (2) that he was not entitled to relief on his claim that his guilty plea was not knowing, voluntary, and intelligent due to ineffective assistance of counsel; (3) that he was not entitled to relief on his claim of ineffective assistance of counsel due to counsel's failure to investigate new alibi witnesses.

## II. DISCUSSION

Under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), a petitioner may not appeal the final order in a habeas corpus proceeding in which the detention complained of arises out of a state court proceeding or in a proceeding under 28 U.S.C. § 2255 unless the district court or the Ninth Circuit issues a certificate of appealability identifying the particular issues that may be pursued on appeal. *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

To obtain a certificate of appealability, a petitioner must make a substantial showing of the denial of a constitutional right. A petitioner must also demonstrate that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When the denial is based on procedural grounds, a petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Id.*

Having reviewed the record in this case, including Judge Strombom's Report and Recommendation (Dkt. 31), Petitioner's objections thereto, and the Court's subsequent order dismissing the habeas corpus petition (Dkt. 33), the Court finds that the determination that Petitioner's claims fail is not debatable among reasonable jurists. Therefore, the Court declines to issue Petitioner a certificate of appealability.

## III. ORDER

Therefore, it is hereby

**ORDERED** that Petitioner's motion for certificate of appealability (Dkts. 36 and 39) are **DENIED**.

DATED this 16th day of July, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3